UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF TEXAS

DALLAS DIVISION

FILED-USDC-NDTX-DA
'25 NOV 25 PM4:00

MYOSHIA SHAW,

Plaintiff,

v.

AMPEX BRANDS,

Defendant.

Civil Action No. _____  3 - 25 C V 3 2 5 7 - E

PLAINTIFF'S ORIGINAL COMPLAINT

I. JURISDICTION AND VENUE

1. This action arises under the Americans with Disabilities Act (ADA), 42 U.S.C. § 12101 et seq., and the Family and Medical Leave Act (FMLA), 29 U.S.C. § 2615. Accordingly, jurisdiction is proper under 28 U.S.C. § 1331.

2. Venue is proper in the Northern District of Texas, Dallas Division, under 28 U.S.C. § 1391.

II. PARTIES

3. Plaintiff Myoshia Shaw resides at 2135 Fair Weather Dr, Lancaster, TX 75146 in Dallas County, Texas.

4. Defendant Ampex Brands is located at 3304 Essex Dr, Richardson, TX 75082.

III. ADMINISTRATIVE EXHAUSTION

5. **Plaintiff filed** an EEOC Charge on August 25, 2023.

6. **Plaintiff rec**eived a Right-to-Sue Letter dated September 27, 2025.

## IV. **FACTUAL** BACKGROUND

7. **Plaintiff wa**s hired on April 11, 2022 as Benefits Manager.

8. **Plaintiff per**formed her job satisfactorily.

9. **Plaintiff has** a disability and exercised rights under the FMLA.

10. **Plaintiff** complained about management's behavior.

11. **Defendant** retaliated against Plaintiff for protected activities.

12. **Plaintiff wa**s terminated on June 7, 2023 under the pretext of a "layoff".

## V. **CAUSES OF** ACTION

**Co**unt 1 – **ADA** Disability Discrimination

**Co**unt 2 – **FM**LA Interference

**Co**unt 3 – **FM**LA Retaliation

**Co**unt 4 – **Ret**aliation under federal law

## VI. **DAMAGE**S

Pla**intiff seeks** back pay, front pay, emotional distress damages, punitive damages, li**quidated da**mages, attorney's fees, and all other available relief.

## VII. **JURY** DEMAND

Pla**intiff dem**ands a jury trial.

## VIII. **PRAYER**

Re**spectfully** submitted,

/s/ **Myoshia** Shaw

2135 **Fair We**ather Dr

Lancaster, **TX** 75146